# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA REAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Case No.: 1:25-cv-03317<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Cynthia Reagan ("Plaintiff"), and Defendant, Equifax Information Services, LLC, ("EQUIFAX"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Notice of Dismissal as to EQUIFAX once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

                                                                            RESPECTFULLY SUBMITTED,

Dated: 10/14/2025            By:   */s/ Mark A. Carey*
                                                       Mark A. Carey
                                                       **Law Offices of Mark A. Carey, P.C.**
                                                       500 Roswell Rd., Ste Bldg C
                                                       Sandy Springs, GA 30342
                                                       P: (716) 853-9243
                                                       E: markcareylaw@ymail.com
                                                       **Attorneys for Plaintiff,**
                                                       **Cynthia Reagan**

## CERTIFICATE OF SERVICE

I certify that on 10/14/2025, I served Plaintiff Cynthia Reagan's Notice of Settlement using the CM/ECF system, which will provide an auto-generated notice to all counsel of record.

By: /s/ *Mark A. Carey*
Mark A. Carey, Esq
**Law Offices of Mark A. Carey, P.C.**
500 Roswell Rd., Ste Bldg C
Sandy Springs, GA 30342
P: (716) 853-9243
E: markcareylaw@ymail.com
**Attorneys for Plaintiff,
Cynthia Reagan**