IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA REAGAN,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | Case No. 1:25-cv-03317-AT-LTW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff, CYNTHIA REAGAN ("Plaintiff"), and Defendant, EQUIFAX INFORMATION SERVICES, LLC ("EQUIFAX"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims against Defendant, in this action with prejudice, with each party to bear their owns costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

Dated: January 15, 2026  By:  */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, P.C.
5600 Roswell Rd., Ste Bldg. C
Sandy Springs, GA 30342
P: (716) 853-9243
E: markcareylaw@ymail.com

Attorneys for Plaintiff,
CYNTHIA REAGAN

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

| | |
|---|---|
| Dated: January 15, 2026 | By:  */s/ Carley Thompson* <br> Carley Thompson <br> Georgia Bar No. 208463 <br> Carley.Thompson@equifax.com <br> Legal Counsel - Litigation <br> Equifax Legal Department <br> 1550 Peachtree Street <br> Atlanta, Georgia 30309 <br> 404-326-2679 <br><br> Attorneys for Defendant, <br> EQUIFAX, LLC |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that on January 15, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which automatically gives notice to all counsel of record.

By: <u>*/s/ Mark A. Carey*</u>
Mark A. Carey

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES, LLC**